[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-12685
Non-Argument Calendar
_____

D.C. Docket No. 1:00-cr-00074-FAM-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ABEL DIAZ,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(December 18, 2012)

Before TJOFLAT, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Christine O'Connor, appointed counsel for Abel Diaz in this appeal from a

denial of a motion to reduce a sentence pursuant to 18 U.S.C. § 3582, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Diaz's motion to reduce sentence is **AFFIRMED**.